UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 04-80766

v.

                HONORABLE PATRICK J. DUGGAN

CHRISTOPHER JOSE,

        Defendant.
                                  /

## ORDER FOR NON-CUSTODIAL
## TRAVEL EXPENSES TO DESIGNATION

Defendant **CHRISTOPHER JOSE** resides in **Inkster, Michigan**. He is scheduled to voluntarily surrender at **FMC Devens, on December 2, 2008, by 12:00 p.m.** He is requesting one-way non-custodial transportation assistance for that purpose, and the Court has been apprized of his indigence;

**IT IS HEREBY ORDERED** that the U.S. Marshal furnish Defendant **CHRISTOPHER JOSE,** with one-way, non-custodial transportation from **Inkster, Michigan, to FMC Devens, in Devens, Massachusetts**, for purposes of satisfying his reporting date of **December 2, 2008, by 12:00 p.m.**

      **SO ORDERED.**

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: November 21, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 21, 2008, by electronic and/or ordinary mail.
                              S/Marilyn Orem
                              Case Manager