UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
FEB 13 2009
PATRICK J. DUGGAN
U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CHRISTOPHER JOSE,

          Defendant.
_____/

CR. NO. 04-80766

HONORABLE PATRICK J. DUGGAN

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES TO DISTRICT

Defendant **CHRISTOPHER JOSE** will reside in **Inkster, Michigan**, voluntarily surrendered at FMC Devens in December of 2008 for purposes of a mental health examination. That examination is complete and we now request one-way non-custodial transportation assistance for his return to this district for any hearings that will follow the examination. The Court has been apprized of his indigence and

**IT IS HEREBY ORDERED** that the U.S. Marshal furnish Defendant **CHRISTOPHER JOSE**, with one-way, non-custodial transportation from **FMC Devens, in Devens, Massachusetts, to Inkster, Michigan,** including transportation from FMC Devens to the airport in Boston Massachusetts, for purposes of returning him to this district on **FEBRUARY 19, 2009**.

    **SO ORDERED.**

                                      S/Patrick J.Duggan
                          _____
                          HONORABLE PATRICK J. DUGGAN
                          United States District Judge

Entered: _February 13, 2009_